UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JEFFREY ROBERTS,<br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN<br>Acting Commissioner of Social Security,<br>Defendant. | Civil Action No.: 3:16-cv-00063<br><br>Judge RICE<br>Magistrate Judge OVINGTON |

## ORDER

This cause coming before the Court on the motion and stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby:

ORDERED that the joint motion to remand pursuant to sentence four of 42 U.S.C. § 405(g) is accepted. The Commissioner's decision is remanded for further administrative proceedings.

Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's (ALJ's) decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is under a disability as defined by the Social Security Act.

Date: 9-30-16          Entered: _____

4